No. 85–21. SQUARE D CO. ET AL. *v.* NIAGARA FRONTIER TARIFF BUREAU, INC., ET AL. C. A. 2d Cir. [Certiorari granted, *ante*, p. 815.] Motions of Association of American Railroads, American Information Technologies Corp. et al., and National Motor Freight Traffic Association, Inc., et al. for leave to file briefs as *amici curiae* granted.

No. 85–93. BAZEMORE ET AL. *v.* FRIDAY ET AL. C. A. 4th Cir. [Certiorari granted, *ante*, p. 978.] Motion of National Committee on Pay Equity et al. for leave to file a brief as *amici curiae* granted.

No. 85–195. ICICLE SEAFOODS, INC. *v.* WORTHINGTON ET AL. C. A. 9th Cir. [Certiorari granted, *ante*, p. 900.] Motion of Maryland Casualty Co. for leave to file a brief as *amicus curiae* granted.

No. 85–390. CITY OF LOS ANGELES ET AL. *v.* PREFERRED COMMUNICATIONS, INC. C. A. 9th Cir. [Certiorari granted, *ante*, p. 979.] Motions for leave to file briefs as *amici curiae* filed by the following are granted: UNDA–USA, National Catholic Association for Broadcasters & Allied Communicators; Office of Communication of United Church of Christ et al.; National Association of Broadcasters; Mountain States Telephone & Telegraph Co. et al.; Wisconsin Bell, Inc.; and National Federation of Cable Programmers et al.

No. 85–1085. AFRO-AMERICAN POLICE ASSN., INC., ET AL. *v.* UNITED STATES. C. A. 2d Cir. Motion of petitioners to expedite consideration of this case denied.

No. 85–5404. ALLEN *v.* ILLINOIS. Sup. Ct. Ill. [Certiorari granted, *ante*, p. 979.] Motion of Mental Health Information Service, Second Judicial Department, for leave to file a brief as *amicus curiae* granted.

No. 85–495. ANSONIA BOARD OF EDUCATION ET AL. *v.* PHILBROOK ET AL. C. A. 2d Cir. Certiorari granted.